```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 21090
   ROBERTINE L REDWOOD
                                          CHAPTER 13

                                          JUDGE: A BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-1187

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 06/02/2004 and was confirmed 08/17/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 12/14/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
CITY OF CHICAGO WATER DE   SECURED              643.45         .00           643.45
HOMEQ SERVICING CORP       CURRENT MORTG      25569.20         .00         25569.20
HOMEQ SERVICING CORP       MORTGAGE ARRE       9847.79         .00          9847.79
HOMEQ SERVICING CORP       NOTICE ONLY       NOT FILED         .00              .00
HRS                        SECURED              800.00         .00           800.00
COMMONWEALTH EDISON        UNSECURED         NOT FILED         .00              .00
PREMIER BANCARD CHARTER    UNSECURED            274.39         .00           274.39
GOLD KEY CREDIT            UNSECURED         NOT FILED         .00              .00
PEOPLES GAS LIGHT & COKE   UNSECURED              .00          .00              .00
US DEPT OF EDUCATION       UNSECURED           8619.99         .00          8619.99
SMALL BUSINESS ADMINISTR   UNSECURED         NOT FILED         .00              .00
XELCO COLLECTION SERVICE   UNSECURED         NOT FILED         .00              .00
TIMOTHY K LIOU             DEBTOR ATTY        1,466.00                     1,466.00
TOM VAUGHN                 TRUSTEE                                         2,691.45
DEBTOR REFUND              REFUND                                          1,311.73

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                51,224.00

PRIORITY                                         .00
SECURED                                    36,860.44
UNSECURED                                   8,894.38
ADMINISTRATIVE                              1,466.00
TRUSTEE COMPENSATION                        2,691.45
DEBTOR REFUND                               1,311.73
                       --------------     --------------
TOTALS                 51,224.00           51,224.00


              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 21090 ROBERTINE L REDWOOD
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 04/23/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```